# CHAPTER 13 PLAN

Case No. _____

Debtor(s): Robinette, Joseph Allen    SS#: 5223    Net Monthly Earnings: $ _____ .00
          Robinette, Tracy            SS#: 4172    Number of Dependents: 2

## I. Plan Payments:

☒ Debtor(s) propose to pay direct a total of $1,350.00 ☐ weekly ☐ biweekly ☐ semi-monthly ☒ monthly into the plan; or
☐ Payroll deduction order to:

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $90,000.00.

## II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

### A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| Internal Revenue Service | Taxes | 5,000.00 | 100.00 |

### B. Total Attorney Fee: $ 2,500.00 ; $ 676.00 paid pre-petition; $ 1,824.00 to be paid at confirmation and $ 0.00 per month.

### C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Financial | 116,943.24 | 1,200.00 | Direct | 05/09 | 15,000.00 | through March 2009 | 10.00 | 475.00 |
| Wells Fargo Financial | 9230.00 | 146.00 | Direct | 05/09 | 0.00 | N/A | N/A | N/A |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| Nuvell | 170.00 | 29,497.20 | 17,000.00 | 0.00 | 2004 Chevrolet Tahoe | 10.00 | 700.00 | CONF |

## III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

## IV. Special Provisions:

☒ This is an original plan.
☐ This is an amended plan replacing plan dated _____.
☒ This plan proposes to pay holders of filed and allowed non-priority unsecured claims 100%.
☒ Other provisions: Debtors expect income tax refunds from Alabama and the Internal Revenue Service for 2007 and 2008 in the amount of $12,636.00. Subject to the IRS's right to withhold the $5,000.00 owed to it, the Debtors will remit the refund, minus the $4,500.00 claimed exempt, to the Trustee.

Dated: 04-24-09

_____
Signature of Debtor

_____
Signature of Spouse (if applicable)

Max C. Pope, Jr./Joy Beth Smith
Law Office of Max C. Pope, Jr.
PO Box 2958
Birmingham, AL 35202
(205) 327-5566