Debtor(s): Robinette, Joseph Allen    SS#: 5223    Net Monthly Earnings: $ _____ .00
Robinette, Tracy    SS#: 4172    Number of Dependents: 2

I. Plan Payments:

☒ Debtor(s) propose to pay direct a total of $1,350.00 ☐ weekly ☐ biweekly ☐ semi-monthly ☒ monthly into the plan; or
☐ Payroll deduction order to:

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $90,000.00.

II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| NONE | | | |

B. Total Attorney Fee: $ 2,500.00 ; $ 0.00 paid pre-petition; $ 1,824.00 to be paid at confirmation and $50.00 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Financial | 116,943.24 | 1,200.00 | Direct | 05/09 | 15,000.00 | through March 2009 | 10.00 | 475.00 |
| Wells Fargo Financial | 9230.00 | 146.00 | Direct | 05/09 | 0.00 | N/A | N/A | N/A |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| Nuvell | 170.00 | 29,966.00 | 17,000.00 | 0.00 | 2004 Chevrolet Tahoe | 10.00 | 700.00 | CONF |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

IV. Special Provisions:
☐ This is an original plan.
☒ This is an amended plan replacing plan dated 04-27-09
☒ This plan proposes to pay holders of filed and allowed non-priority unsecured claims 100%.
☒ Other provisions: Debtors expect income tax refunds from Alabama and the Internal Revenue Service for 2007 and 2008. The Debtors will remit the refund, minus $4,500.00 claimed exempt, to the Trustee.

Dated: 6/17/09

Signature of Debtor

Signature of Spouse (if applicable)

Max C. Pope, Jr./Joy Beth Smith
Law Office of Max C. Pope, Jr.
PO Box 2958
Birmingham, AL 35202
(205) 327-5566

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

IN RE: )
Joseph A. Robinette )
SSN: xxx-xx-5223 ) Bankruptcy Case No.:
Tracy Robinette )
SSN: xxx-xx-4172 ) 09-02429-TOM-13
140 Yaw Road )
Remlap, Alabama 352133 )
 )
              Debtors. )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **Debtors' Amended Chapter 13 Plan** was on the 17th day of June, 2009, mailed via U.S. Mail, postage pre-paid to all those listed below and on the attached matrix.

Dated the 17th day of June, 2009.

D. Sims Crawford
Standing Chapter 13 Trustee
Post Office Box 10848
Birmingham, Alabama 35202

                                       /s/ B Smith
                                       Max C. Pope, Jr.
                                       Joy Beth Smith
                                       Attorneys for the Debtor
                                       Post Office Box 2958
                                       Birmingham, Alabama 35202
                                       (205) 327-5566

Robinette Joseph Allen
140 Yaw Road
Remlap AL 35133

Robinette Tracy
140 Yaw Road
Remlap AL 35133

Law Office of Max C Pope Jr
PO Box 2958
Birmingham AL 35202

Allied Interstate Inc
PO Box 361774
Columbus OH 43236

Allied Interstate Inc
3000 Corp Exchange Dr
Columbus OH 43231-0000

American Coradius International LLC
2420 Sweet Home Rd Suite 150
Amherst NY 14228-2244

American Family Care
MSC 10000020
PO Box 830810
Birmingham AL 35283-0000

AmSher Collection Service
600 Beacon Pkwy W
Ste 300
Birmingham AL 35209-0000

Capital One
PO Box 650010
Dallas TX 75265-0010

Citibank (South Dakota) NA
POB 6497
Sioux Falls SD 57117

Cloud & Tidwell
1625 Richard Arrington Jr Blvd S
Birmingham AL 35205-4901

Discover
PO Box 30943
Salt Lake City UT 84130

Home Depot
PO Box 689100
Des Moines IA 50368-9100

HSBC
Post Office Box 15521
Wilmington DE 19850-5521

Ingram & Associates
PO Box 59729
Birmingham AL 35259-0000

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114-0000

Jefferson Capital Systems LLC
PO Box 7999
St Cloud MN 56302-9617

Kawasaki Retail Services
POB 15521
Wilmington DE 19850-5521

Lowe' Credit Card
POB 105980
Atlanta GA 30353-5996

LVNV Funding LLC
Post Office Box 10584
Greenville SC 29603-0584

LVNV Funding LLC
Post Office Box 10497
Greenville SC 29603-0584

LVNV Funding LLC
Resurgent Capital Services
Post Office Box 10587
Greenville SC 29603-0584

LVNV Funding LLC
Post Office Box 740281
Houston TX 77274

Midland Credit Management
POB 60578
Los Angeles CA 90060-0578

Midland Credit Management
Dept 12421 POB 603
Oaks PA 19456

Midland Credit Management
8875 Aero Dr Ste 200
San Diego CA 92123-0000

Nadler & Associates
2871 Acton Rd Ste 201
Birmingham AL 35249-2560

NCO Financial Systems
Dept 72
PO Box 15630
Wilmington DE 19850

NCO Financial Systems
PO Box 15889
Wilmington DE 19850-5889

NCO Financial Systems Inc
507 Prudential Road
Horsham PA 19044-0000

Northstar Location Services Inc
4285 Genesee Street
Buffalo NY  14225-1943

US Attorney General
10th Street and Constitution Avenue NW
5111 Main Justice Building
Washington DC  20530-0000

Nuvell
PO Box 2365
Memphis TN  38101-2365

US Department of Justice
950 Pennsylvania Avenue NW
Washington DC  20530-0001

PRA Recivables LLC As Agent For
Portfolio Recovery Associates
POB 41067
Norfolk VA  23541

Wells Fargo Financial
4137 121st Street
Urbandale IA  50323-0000

PRA Recivables LLC As Agent For
Portfolio Recovery Associates
POB 12914
Norfolk VA  23541

Wells Fargo Financial
1687 Center Pt Pkwy 105
Birmingham AL  35215-0000

Recovery Management Systems Corp
Attn: Ramesh Singh
25 SE 2nd Avenue Suite 1120
Miami FL  33131-1605

Wells Fargo Financial Bank
PO Box 5943
Sioux Falls SD  57117-5943

Regional Adjustment Bureau
7000 Goodlett Farms Parkway
Memphis TN  38016-4916

Wells Fargo Financial Bank
PO Box 98791
Las Vegas NV  89193-8791

Regional Adjustment Bureau
PO Box 34111
Memphis TN  38184-0111

Wells Fargo Financial National Bank
POB 98798
Las Vegas NV  89193-8798

Regional Adjustment Bureau Inc
PO Box 1022
Wixom MI  48393-1022

Zenith Acquistion
170 Northpointe Parkway Suite 300
Amherst NY  14228

Sirote & Permutt
PO Box 55727
Birmingham AL  35255-0000

Zenith Acquistion
Dept 13701
POB 1259
Oaks PA  19456

US Attorney
Suite 400
1801 4th Avenue North
Birmingham AL  35203

Zenith Acquistion
POB 850
Amherst NY  14226-0850