IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Joseph A. Robinette | ) | |
| SSN: xxx-xx-5223 | ) | Bankruptcy Case No.: |
| Tracy Robinette | ) | |
| SSN: xxx-xx-4172 | ) | 09-02429-TOM-13 |
| 140 Yaw Road | ) | |
| Remlap, Alabama 352133 | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Comes now, Joseph A. Robinette and Tracy Robinette, by and through their attorney, and move this Court to allow them to modify their Plan pursuant to Title 11 United States Code, Section 1329 as set forth below. As grounds for said motion, the movants say the following:

1. The Debtors filed a Petition for Relief under Chapter 13 of Title 11 United States Code on April 22, 2009. The Plan was confirmed on July 28, 2009.

2. The Debtors have fallen behind on their Plan payments but are now in a position to maintain the payments.

3. The Debtors propose to amend their Plan as set forth below:

    A. The Debtors' plan payment to the Trustee shall be increased to $1,375.00.

    B. The fixed payment to Nuvell Credit Company, L.L.C. (claim number 1) will be increased from $700.00 to $750.00 each month to be paid by the Trustee.

    C. All other provisions of the Plan shall remain the same.

1

Wherefore, upon the above-stated premises, the movants request this Court enter an Order approving the Motion to Modify as set forth above.

Dated this the 19th day of January, 2010.

*/s/ Max C. Pope, Jr.*

Max C. Pope, Jr.
Joy Beth Smith
Attorneys for
Post Office Box 2958
Birmingham, Alabama 35203
(205) 327-5566

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2010, I have served a copy of the foregoing **Motion to Modify Confirmed Chapter 13 Plan** on the parties listed on the attached matrix and listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

D. Sims Crawford
Chapter 13 Trustee
Post Office Box 10848
Birmingham, Alabama 35202

*/s/ Max C. Pope, Jr.*

Max C. Pope, Jr.
Joy Beth Smith
Attorneys for Debtors
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

Label Matrix for local noticing
1126-2
Case 09-02429-TOM13
NORTHERN DISTRICT OF ALABAMA
Birmingham
Tue Jan 19 12:17:20 CST 2010

Recovery Management System Corporation
attn: Ramesh Singh
25 SE 2nd Ave Ste 1120
Miami, Fl 33131-1605

U. S. Bankruptcy Court
1800 5th Avenue North
Room 120
Birmingham, AL 35203-2100

Allied Interstate Inc.
PO Box 361774
Columbus, OH 43236-1774

Allied Interstate, Inc.
3000 Corp. Exchange Dr.
Columbus, OH 43231-7684

AmSher Collection Service
600 Beacon Pkwy W
Ste 300
Birmingham, AL 35209-3114

American Coradius International LLC
2420 Sweet Home Rd Suite 150
Amherst, NY 14228-2244

American Family Care
MSC 10000020
PO Box 830810
Birmingham, AL 35283-0810

CAPITAL ONE BANK (USA), N.A.
C/O TSYS DEBT MANAGEMENT (TDM)
PO BOX 5155
NORCROSS, GA 30091-5155

Capital One
PO Box 650010
Dallas, TX 75265-0010

Citibank (South Dakota) N.A.
POB 6497
Sioux Falls, SD 57117-6497

Cloud & Tidwell
1625 Richard Arrington Jr Blvd S
Birmingham, AL 35205-4901

DISCOVER BANK
DFS SERVICES LLC
PO BOX 3025
NEW ALBANY, OHIO 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

HSBC
Post Office Box 15521
Wilmington, DE 19850-5521

Home Depot
PO Box 689100
Des Moines, IA 50368-9100

Ingram & Associates
PO Box 59729
Birmingham, AL 35259-9729

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Kawasaki Retail Services
POB 15521
Wilmington, DE 19850-5521

LVNV Funding LLC
P O Box 10587
Greenville SC 29603-0587

LVNV Funding LLC
Post Office Box 10497
Greenville, SC 29603-0497

LVNV Funding LLC
Post Office Box 10584
Greenville, SC 29603-0584

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management
8875 Aero Drive Suite 200
San Diego CA 92123-2255

Midland Credit Management
POB 60578
Los Angeles, CA 90060-0578

NCO Financial Systems
Dept 72
PO Box 15630
Wilmington, DE 19850-5630

NCO Financial Systems
PO Box 15889
Wilmington, DE 19850-5889

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044-2368

NORTH STAR CAPITAL ACQUISITIONS LLC
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Nadler & Associates
2871 Acton Rd Ste 201
Birmingham, AL 35243-2560

| | | |
|---|---|---|
| Northstar Location Services, Inc.<br>4285 Genesee Street<br>Buffalo, NY 14225-1943 | Nuvell<br>PO Box 2365<br>Memphis, TN 38101-2365 | Nuvell Credit Company LLC<br>P.O. Box 130156<br>Roseville, MN 55113-0002 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Regional Adjustment Bureau<br>7000 Goodlett Farms Parkway<br>Memphis, TN 38016-4916 |
| Regional Adjustment Bureau<br>PO Box 34111<br>Memphis, TN 38184-0111 | Regional Adjustment Bureau Inc.<br>PO Box 1022<br>Wixom, MI 48393-1022 | Sirote & Permutt<br>PO Box 55727<br>Birmingham, AL 35255-5727 |
| U.S. Attorney<br>Suite 400<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101 | U.S. Attorney General<br>10th Street and Constitution Avenue NW<br>5111 Main Justice Building<br>Washington, DC 20530-0001 | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323-2310 | Wells Fargo Financial<br>1687 Center Pt. Pkwy 105<br>Birmingham, AL 35215-5525 | Wells Fargo Financial<br>4137 121st Street<br>Urbandale, IA 50323-2310 |
| Wells Fargo Financial Alabama Inc<br>4137 121st Street<br>Urbandale IA 50323-2310 | Wells Fargo Financial Bank<br>PO Box 5943<br>Sioux Falls, SD 57117-5943 | Wells Fargo Financial Bank<br>PO Box 98791<br>Las Vegas, NV 89193-8791 |
| Wells Fargo Financial National Bank<br>POB 98798<br>Las Vegas, NV 89193-8798 | Zenith Acquistion<br>170 Northpointe Parkway Suite 300<br>Amherst, NY 14228-1884 | Zenith Acquistion<br>Dept 13701<br>POB 1259<br>Oaks, PA 19456-1259 |
| Zenith Acquistion<br>POB 850<br>Amherst, NY 14226-0850 | D. Sims Crawford<br>Chapter 13 Standing Trustee<br>P O Drawer 10848<br>Birmingham, AL 35202-0848 | Joseph Allen Robinette<br>140 Yaw Road<br>Remlap, AL 35133-5432 |
| Max C. Pope Jr<br>P O Box 2958<br>Birmingham, AL 35202-3805 | Tracy Robinette<br>140 Yaw Road<br>Remlap, AL 35133-5432 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover
PO Box 30943
Salt Lake City, UT  84130

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)LVNV Funding LLC
Resurgent Capital Services
Post Office Box 10587
Greenville, SC 29603-0587

(d)Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

End of Label Matrix
Mailable recipients    55
Bypassed recipients     2
Total                  57